$255 pd.

FILED
2005 JAN 13 A 10: 47
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------x
In re:                           :
                                 :
PUBLISHERS CONSORTIUM, INC.      :
                Debtor           :
---------------------------------x
McBOOKS PRESS, INC.              :
          Plaintiff/Appellant,   :
V.                               :     CIVIL NO.   3:03-CV-00003 (AVC)
                                 :
BANK ONE, as successor-in-interest by :
merger with AMERICAN NATIONAL    :
BANK & TRUST COMPANY OF          :
CHICAGO, ET AL.                  :
          Defendants/Appellees   :     January 11, 2005
---------------------------------x

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that Bank One, N.A., as successor-in-interest by merger with American National Bank & Trust Company of Chicago (Defendant/Appellee) in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 16, 2004. A copy of the Judgment is attached hereto.

Dated: New Haven, Connecticut
       January 11, 2005

                                          BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO

                                          By: _____
                                               Douglas S. Skalka (CT 00616)
                                               James A. Lenes (CT 10408)
                                               Neubert, Pepe & Monteith, P.C.
                                               195 Church Street, 13th Floor
                                               New Haven, CT 06510
                                               Telephone No.: (203) 821-2000
                                               Facsimile No.: (203) 821-2009

*Of Counsel*:

Kenneth M. Lodge
Thomas J. Cunningham
Lord Bissell & Brook
115 South LaSalle Street
Chicago, Illinois 60603
Telephone No.: (312) 443-1731
Facsimile No.: (312) 896-6731

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED 2004 DEC 16 P 12: 26

U.S. DISTRICT COURT HARTFORD, CT.

IN RE:

PUBLISHERS CONSORTIUM, INC.,
    Debtor

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,
    Plaintiff/Appellee

v.

COMMON COURAGE PRESS, INC.,
NATIONAL JOURNAL, ARSENAL
PULP PRESS, BLACK BOOKS, CHILD
MANAGEMENT, INC., COMIC ONE
CORPORATION, DARK HORSE
COMICS, INC., IMAGE COMICS, INC.,
ODONIAN PRESS/GOLDSTEIN & BLAIR,
LLC, TERRACE PUBLISHING, And
McBOOKS, INC.
    Defendants/Appellants

CIVIL NO. 3:03CV00002(AVC)
           3:03CV00003(AVC)
           3:03CV00020(AVC)
           3:03CV00021(AVC)
           3:03CV00023(AVC)
           3:03CV00024(AVC)

BKR. No.   02-31588(ASD)

Adv.Proc. 02-03048

## JUDGMENT

This action having come before the Honorable Alfred V. Covello, United States District Judge, on an appeal of a November 27, 2002 judgment of the United States Bankruptcy Court, and

The court having considered the full record of this case and the applicable principles of law, on December 9, 2004 filed its Memorandum and Order Vacating Judgment of Bankruptcy Court, reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

Vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings; it is hereby

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered reversing the order of the bankruptcy court confirming the debtor, Publishers Consortium Inc.'s plan of reorganization under Chapter 11 of the United States Bankruptcy Code; and further

ORDERED, ADJUDGED and DECREED, that judgment be and is hereby entered vacating the judgment in favor of American National Bank and Trust Company of Chicago in adversary proceeding no. 02-03048 and remanding the case to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 16th day of December, 2004.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk

EOD: 12/17/04

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on January 11, 2005, via U.S. mail, postage prepaid, to the following parties of record:

Steven Mackey
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

James Berman
Louis J. Testa
Zeisler and Zeisler
558 Clinton Ave.
Bridgeport, CT 06605
    Counsel for Debtor

Eric A. Henzy
Reide & Riege
One State Street
Hartford, CT 06103
    Counsel for Official Committee of Unsecured Creditors

Barbara H. Katz
Law Offices of Barbara H. Katz
57 Trumbull St.
New Haven, CT 06510-1004
    Counsel to McBooks Press, Inc.

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
    Counsel to McBooks Press, Inc.

Dean W. Baker
205 Church St.
New Haven, CT 06510
    Counsel for Client Distribution Services, Inc.

Tracy Alan Saxe
Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
    Counsel to Common Courage Press, Child Mgmt, Inc., Comics One Corp., Dark Horse Comics, Inc., Image Comics, Inc., Odonian Press, Terrace Publishing, Black Books, Arsenal Pulp Press and National Journal

Myles H. Alderman, Jr.
Alderman & Alderman
100 Pearl St.
14th Floor
Hartford, CT 06103
    Counsel to Park Ave California and Park Ave Oklahoma

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.
PO Box 10305
Stamford, CT 06904-2305
    Counsel for Kogan Page, Ltd

BY: _____
James A. Lenes (CT 10408)