UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION    FILED

|  |  |
|---|---|
| In re: | 2005 JAN 24  P 3: 59 |
| PUBLISHERS CONSORTIUM, INC.<br>Debtor | U.S. DISTRICT COURT<br>HARTFORD, CT. |
| McBOOKS PRESS, INC.<br>        Plaintiff/Appellant,<br>V.<br><br>BANK ONE, as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO, ET AL.<br>        Defendants/Appellees | CIVIL NO.    3:03-CV-00003 (AVC)<br><br>January 24, 2005 |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL
AND DESIGNATION OF THE RECORD
TO BE CERTIFIED AND SENT TO THE CIRCUIT CLERK**

Pursuant to Rule 6(b)(2)(B)(i) of the Federal Rules of Appellate Procedure, Bank One, as successor-in-interest by merger with American National Bank & Trust Company of Chicago, the Appellant herein, hereby provides a statement of the issues to be presented on appeal and designates the following items to be included in the record of appeal to be certified and sent to the circuit clerk:

STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.    Did the district court err by finding that Publishers Consortium, Inc. (the "Debtor") and Client Distribution Services, Inc., through the Agency Fulfillment Agreement, intended to grant the various publishers (the "Publishers") ownership of the proceeds of the sales of books as third party beneficiaries?

2.  Did the district court err in finding that the Publishers were in fact third party beneficiaries of the Agency Fulfillment Agreement?

## DESIGNATION OF THE RECORD

| Date Filed | Court Doc. No. | Document Name | Document No. |
|---|---|---|---|
| 01/02/2003 | 3 | Designation of Record on Appeal by McBooks Press, Inc | 1 |
| 01/02/2003 | 4 | Additional Designation of Record on Appeal by American Natl Bank & Trust Co of Chicago | 2 |
| 01/02/2003 | 5 | Joint Designation of Record on Appeal by Publishers Consortium, Inc and Creditors Committee | 3 |
| 03/18/2003 | 12 | Appellant's Brief | 4 |
| 04/04/2003 | 15 | Appellee's Brief filed by Publishers Consortium, American Natl. Bank and Creditors Committee | 5 |
| 04/04/2003 | 16 | Appellee's Brief filed by Client Distribution Services, Inc. | 6 |
| 04/22/2003 | 18 | Appellant's Reply Brief | 7 |
| 04/22/2003 | 19 | Affidavit of Ruth Babbitt filed by McBooks Press, Inc | 8 |
| 04/22/2003 | 20 | Reply by McBooks Press, Inc to Appellee's Brief by Client Distribution Services, Inc. | 9 |
| 12/09/2004 | 23 | Order | 10 |
| 12/16/2004 | 24 | Judgment | 11 |
| 01/13/2005 | 26 | Notice of Appeal | 12 |

BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: (203) 821-2000
Facsimile No.: (203) 821-2009

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent on January 24, 2005, via U.S. mail, postage prepaid, to the following parties of record:

Steven Mackey
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

James Berman
Louis J. Testa
Zeisler and Zeisler
558 Clinton Ave.
Bridgeport, CT 06605
    Counsel for Debtor

Eric A. Henzy
Reide & Riege
One State Street
Hartford, CT 06103
    Counsel for Official Committee of Unsecured Creditors

Barbara H. Katz
Law Offices of Barbara H. Katz
57 Trumbull St.
New Haven, CT 06510-1004
    Counsel to McBooks Press, Inc.

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
    Counsel to McBooks Press, Inc.

Dean W. Baker
205 Church St.
New Haven, CT 06510
    Counsel for Client Distribution Services, Inc.

Tracy Alan Saxe
Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
    Counsel to Common Courage Press, Child Mgmt, Inc., Comics One Corp., Dark Horse Comics, Inc., Image Comics, Inc., Odonian Press, Terrace Publishing, Black Books, Arsenal Pulp Press and National Journal

Myles H. Alderman, Jr.
Alderman & Alderman
100 Pearl St.
14th Floor
Hartford, CT 06103
    Counsel to Park Ave California and Park Ave Oklahoma

Christopher J. Major
Robinson & Cole
Financial Centre, 695 E. Main St.
PO Box 10305
Stamford, CT 06904-2305
    Counsel for Kogan Page, Ltd

BY: _____
James A. Lenes (CT 10408)