UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---------------------------------x
In re:                           :
                                 :
    PUBLISHERS CONSORTIUM, INC.  :
                Debtor           :
---------------------------------x
McBOOKS PRESS, INC.              :
            Plaintiff/Appellant, :
V.                               :   CIVIL NO.   3:03-CV-00003 (AVC)
                                 :
                                 :
BANK ONE, as successor-in-interest by :
merger with AMERICAN NATIONAL    :
BANK & TRUST COMPANY OF          :
CHICAGO, ET AL.                  :
            Defendants/Appellees :   USCA:
---------------------------------x

FILED 2005 JAN 26 A 11: 17
U.S. DISTRICT COURT
HARTFORD, CT.

### INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Doc. No. | Document Name | Document No. |
| --- | --- | --- | --- |
| 01/02/2003 | 3 | Designation of Record on Appeal by McBooks Press, Inc | 1 |
| 01/02/2003 | 4 | Additional Designation of Record on Appeal by American Natl Bank & Trust Co of Chicago | 2 |
| 01/02/2003 | 5 | Joint Designation of Record on Appeal by Publishers Consortium, Inc and Creditors Committee | 3 |
| 03/18/2003 | 12 | Appellant's Brief | 4 |
| 04/04/2003 | 15 | Appellee's Brief filed by Publishers Consortium, American Natl. Bank and Creditors Committee | 5 |
| 04/04/2003 | 16 | Appellee's Brief filed by Client Distribution Services, Inc. | 6 |
| 04/22/2003 | 18 | Appellant's Reply Brief | 7 |
| 04/22/2003 | 19 | Affidavit of Ruth Babbitt filed by McBooks Press, Inc | 8 |

| 04/22/2003 | 20 | Reply by McBooks Press, Inc to Appellee's Brief by Client Distribution Services, Inc. | 9 |
| --- | --- | --- | --- |
| 12/09/2004 | 23 | Order | 10 |
| 12/16/2004 | 24 | Judgment | 11 |
| 01/13/2005 | 26 | Notice of Appeal | 12 |

BANK ONE, N.A., as successor-in-interest by merger with AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO

By: _____
Douglas S. Skalka (CT 00616)
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No.: (203) 821-2000
Facsimile No.: (203) 821-2009