District of CT.
03-cv-3

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re:

    PUBLISHERS CONSORTIUM, INC.

05-1448-bk (CON)

UNITED STATES COURT OF APPEALS
FILED
JUN 29 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION

WHEREAS, the above-referenced appeal appears to be premature because claims are still pending in the Bankruptcy Court and/or District Court, the undersigned counsel, hereby stipulate that the above-referenced appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of a final judgment, or any other appealable order, entered by the District Court.

The parties further stipulate that this withdrawal is without prejudice to reinstatement of said appeal by written notice to the Clerk of this Court within 30 days after this Court decides, but not later than November 30, 2006.

The parties further stipulate that if this Court decides that the above-referenced appeal should have been taken because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this reason by written notice to the Clerk of this Court within 30 days after this Court so decides.

Certified: : 7/11/06

Dated: 6/22/06

DOUGLAS S. SKALKA, ESQ.
NEUBERT, PEPE & MONTEITH, PC
Attorney for J.P. Morgan Chase Bank
as successor to Bank One

Dated: 6/22/06

JAMES BERMAN, ESQ.
ZEISLER & ZEISLER
Attorney for the Debtor
Publishers Consortium, Inc.

Dated: 6/21/06

EDWARD Y. CROSSMORE, ESQ.
THE CROSSMORE LAW OFFICE
Attorney for McBooks Press, Inc.

Dated: June 22, 2006

EDWIN L. DOERNBERGER, ESQ.
SAXE, DOERNBERGER & VITA, P.C.
Attorney for the Consignment Publishers
Arsenal Pulp Press; Black Books, Inc.;
ComicsOne Corp.; Common Courage Press;
Dark Horse Comics, Inc.; Image Comics, Inc.;
National Journal Group, Inc.; ParentMagic, Inc.
(f/k/a Child Management, Inc.); Odonian Press/
Goldstein & Blair, LLC; Terrace Publishing

Dated: 6/21/06

Edward Y. Crossmore, Esq. on behalf of
ERIC HENZY, ESQ.
REID & RIEGE, PC
Attorney for the
Official Unsecured Creditors Committee

SO ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

June 29, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK